UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

KRONOZ INTERNACIONAL, INC.,

            Plaintiff,

07 CV 3079 (LAK)
ECF CASE

          -against-

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

CUSTOM SOFT S.A. de C.V.,

            Defendant.

-------------------------------------------------------X

      NOW comes plaintiff KRONOZ INTERNACIONAL, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

KRONOZ INTERNACIONAL, INC. is not a publicly traded company.

Dated: New York, New York
      April 17, 2007
      283-03

                                                CASEY & BARNETT, LLC
                                                Attorneys for Plaintiff

                    By:    _____
                                Christopher M. Schierloh (CS-6644)
                                317 Madison Avenue, 21st Floor
                                New York, New York 10017
                                212-286-0225