UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,
:
                Plaintiff,        Case No. 07 CV 3079 (LAK)

    - against -
                          **AFFIDAVIT OF SERVICE**
:
CUSTOM SOFT S.A. DE C.V.,

:
                Defendant.
- - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                          ss.:
COUNTY OF NEW YORK }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:07 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Rana T. Roberts, who is a Service Banker for Wachovia, at the following address:

        Wachovia
        360 Park Avenue
        New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Roberts, who accepted Service on behalf of Wachovia., regarding Kronoz Internacional, Inc. Ms. Roberts, is a Black female, he has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Ms Roberts is approximately 30 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC
                CHRISTOPHER M. SCHIERLOH
                Notary Public, State of New York
                       No. 02SC6152972
                  Qualified in Nassau County
              Commission Expires Sept. 25, 20 _10_