UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

        Plaintiff,        Case No. 07 CV 3079 (LAK )

- against -

**AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

        Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                             ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:40 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Patricia McElveen, who is a Senior Paralegal for ABN AMNO, Inc. at the following address:

      ABN AMNO, Inc.
      55 East 52nd Street
      New York, NY 10055

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McElveen, who accepted Service on behalf of ABN AMNO, Inc., regarding Kronoz Internacional, Inc. Ms. McElveen, is a Black female, he has brown eyes with glasses and black grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mrs McElveen is approximately 55 years of age.

                                        _____
                                        IDRIS MAHMOUD
                                        LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__