UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

                Plaintiff,        Case No. 07 CV 3079 (LAK)

    - against -

                                   **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK   }
                              } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:15 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Vivian M. Jurich, who is an Assistant Vice President for HSBC, at the following address:

        HSBC
        415 Madison Avenue
        New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Jurich, who accepted Service on behalf of HSBC, regarding Kronoz Internacional, Inc. Ms. Jurich, is white female, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 1400 pounds. Ms. Jurich is approximately 50 years of age.

                                                          _____
                                                          IDRIS MAHMOUD
                                                          LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20/0