UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

             Plaintiff,          Case No. 07 CV 3079 (LAK )

      - against -            **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

             Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                         } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:20 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Mr. Christopher Ronco, who is an Assistant Treasurer for The Bank of New York, at the following address:

      The Bank of New York
      One Wall Street
      New York, NY 10286

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Ronco, who accepted Service on behalf of The Bank of New York., regarding Kronoz Internacional, Inc. Mr. Ronco, is a white male, he has brown eyes and brown hair. He is approximately 5 feet 8 inches tall and approximately weighs 160 pounds. Mr. Ronco is approximately 35 years of age.

                                             _____
                                             IDRIS MAHMOUD
                                             LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC
CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10