UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

      Plaintiff,   Case No. 07 CV 3079 (LAK)

  - against -

         **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

      Defendant.
- - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
         ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:53 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Linda Platone, who is Legal Counsel for J.P. Morgan Chase Manhattan Bank, at the following address:

  J.P. Morgan Chase Manhattan Bank
  1 Chase Manhattan Plaza-20th FL
  New York, NY 10005

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who accepted Service on behalf of Chase Manhattan Bank., regarding Kronoz Internacional, Inc. Ms. Platone, is a white female, he has brown eyes and blonde hair. She is approximately 5 feet 8 inches tall and approximately weighs 160 pounds. Mrs platone is approximately 55 years of age.

           _____
           IDRIS MAHMOUD
           LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__