UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

              Plaintiff,        Case No. 07 CV 3079 (LAK)

    - against -

                                 **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

              Defendant.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                       } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:45 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Hilda Cenabre, who is an employee for Standard Chartered Bank, at the following address:

      Standard Chartered Bank
      One Madison Avenue
      New York, NY 10010

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Cenabre, who accepted Service on behalf of Standard Chartered Bank., regarding Kronoz Internacional, Inc. Ms. Cenabre, is a Asian female, he has brown eyes with glasses and black hair. She is approximately 5 feet 5 inches tall and approximately weighs 120 pounds. Mrs Cenabre is approximately 45 years of age.

                                               _/s/ Idris Mch_
                                               IDRIS MAHMOUD
                                               LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

              CHRISTOPHER M. SCHIERLOH
              Notary Public, State of New York
              No. 02SC6152972
              Qualified in Nassau County
              Commission Expires Sept. 25, 20__