UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

KRONOZ INTERNACIONAL, INC.,

                :

           Plaintiff,       Case No. 07 CV 3079 (LAK )

     - against -

                **AFFIDAVIT OF SERVICE**

                :

CUSTOM SOFT S.A. DE C.V.,

                :

          Defendant.

- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                 } ss.:
COUNTY OF NEW YORK  }

     IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:40 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Patricia McElveen, who is a Senior Paralegal for ABN AMNO, Inc. at the following address:

          ABN AMNO, Inc.
          55 East 52nd Street
          New York, NY 10055

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McElveen, who accepted Service on behalf of ABN AMNO, Inc., regarding Kronoz Internacional, Inc. Ms. McElveen, is a Black female, he has brown eyes with glasses and black grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mrs McElveen is approximately 55 years of age.

                      _____

                      IDRIS MAHMOUD
                      LIC# 1151131

Sworn to before me this
19th day of April, 2007

NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 /0