UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,
              Plaintiff,      Case No. 07 CV 3079 (LAK )

      - against -      **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

              Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                       ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:55 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Ms. Kera Scott-Byr, who is a Paralegal for Deutsche Bank, Inc. at the following address:

      Deutsche Bank
      345 Park Avenue
      New York, NY 10154

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Scott-Byr, who accepted Service on behalf of Deutsche Bank., regarding Kronoz Internacional, Inc. Ms. Scott-Byr, is a Black female, he has brown eyes and brown hair. She is approximately 5 feet 10 inches tall and approximately weighs 130 pounds. Ms Scott-Byr is approximately 27 years of age.

                                           _____
                                           IDRIS MAHMOUD
                                           LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC      CHRISTOPHER M. SCHIERLOH
                        Notary Public, State of New York
                            No. 02SC6152972
                          Qualified in Nassau County
                      Commission Expires Sept. 25, 20 10