UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC.,

          Plaintiff,          Case No. 07 CV 3079 (LAK)

- against -

                              **AFFIDAVIT OF SERVICE**

CUSTOM SOFT S.A. DE C.V.,

          Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                           ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:55 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Kronoz Internacional, Inc., upon a Mr. Louis Dhanrag, who is an Assistant Manager for Bank of America, at the following address:

      Bank of America
      56 East 42nd Street
      New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Dhanraj, who accepted Service on behalf of Bank of America, regarding Kronoz Internacional, Inc. Mr. Dhanraj, is of Indian decent, he has brown eyes and black hair. He is approximately 5 feet 7 inches tall and approximately weighs 160 pounds. Mr. Dhanraj is approximately 30 years of age.

                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
19th day of April, 2007

NOTARY PUBLIC

                        CHRISTOPHER M. SCHIERLOH
                        Notary Public, State of New York
                            No. 02SC6152972
                        Qualified in Nassau County
                    Commission Expires Sept. 25, 20_10_