# KRONOZ

FAC 00009805

2006-9098

| EMBARCADOR / SHIPPER | FECHA / DATE | 30/08/2006 |
|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM08-0719-2006/01 | |

| CONSIGNATARIO / CONSIGNEE | FACTURADO A / INVOICE TO |
|---|---|
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 |

| ETD / ETA | FLETE / FREIGHT TERMS |
|---|---|
| 08/09/2006 | MARITIMO |

| NAVE | BUQUE / SL VUELO / FLT | BL / MAWB | FBL / HAWB |
|---|---|---|---|
| MEDITERRANEAN SH | MSC DEBRA/633A | MSCUCF673622 | EVOKOSZ06800092 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHINA | | MANZANILLO |

| EVERGROWING FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|

| MARCAS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOL |
|---|---|---|---|---|
| MSCU8477803<br>MSCU7255890 | 4440 | FUNDAS DE PLASTICO | 48233.01 Kgs. | 144.520 |

OCEAN FREIGHT                                                                USD    7,476.00

*(handwritten) la paje 28-Noviembre ta $3,167.25*
*IVA*
*P-2750*

|  |  |  |
|---|---|---|
| PARCIAL | USD | 7,476.00 |
| I.V.A. | USD | 0.00 |
| TOTAL | USD | 7,476.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.



**KRONOZ**
INTERNACIONAL

FAC 00009806

| EMBARCADOR / SHIPPER | FECHA / DATE 30/08/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM08-0718-2006/01 |
| | FACTURADO A / INVOICE TO |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| NAV / SS CO | BUQUE / VSL / VUELO / FLT | BL / MAWB | ETD / ETA 08/09/2006 | FLETE / FREIGHT TERMS MARITIMO |
|---|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC DEBRA/633A | MSCUCF673739 | | FBL / HAWB EVOKOSZ06800094 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN CHINA | ADUANA / CUSTOM HOUSE | | DESTINO / DESTINATION MANZANILLO |
| CORRESPONSAL / AGENT<br>EVERFOR INT'L FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | | PEDIMENTO |

| MARCAS Y Nos / MARKS<br>TRLU7006224 | BULTOS / POS<br>65 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT<br>1168.50 Kgs. | VOLUMEN / VOL<br>65.000 |
|---|---|---|---|---|

OCEAN FREIGHT                                                         USD    4,453.75

```
                                                    PARCIAL   USD   4,453.75
                                                    I.V.A.    USD       0.00
                                                    TOTAL     USD   4,453.75
```

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FOUR HUNDRED FIFTY THREE US DOLLARS WITH 75/100)

# KRONOZ
INTERNACIONAL

FAC 00010062

| EMBARCADOR / SHIPPER | FECHA / DATE 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING 10 FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM09-0751-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | |

| ETD / ETA: 22/09/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA / BUQUE / VSL / VUELO / FLT | BL / MAWB | FBL / HAWB |
| MSC MEDITERRANEAN SH | MSC LISA/0634 | MSCUCF712545 | EVOKOSZ06900159 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT EVER-OK INT'L FORWARDING CO. LTD. | FACT. CORR. / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT | PEDIMENTO |

| MARCAS Y NOS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VO |
|---|---|---|---|---|
| MSCU7641358 | 148 | MATERIA PRIMA | 3847.30 Kgs. | 57.300 |

| OCEAN FREIGHT | USD 4,522.50 |
|---|---|

| | PARCIAL | USD | 4,522.50 |
|---|---|---|---|
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 4,522.50 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FIVE HUNDRED TWENTY TWO US DOLLARS WITH 50/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ INTERNATIONAL**

FAC 00010064

2006-9131

| EMBARCADOR / SHIPPER | FECHA / DATE: 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF:<br>Posición : IM09-0752-2006/01<br>FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA | FLETE / FREIGHT TERMS |
|---|---|
| 22/09/2006 | MARITIMO |

| NAVIERA / SSCO | BUQUE / VSL VUELO / FLT | B/L / MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC LISA/634A | MSCUCF712511 | EVOKOSZ06800154 |

| FACT COMERC'L / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
|  | CHIWAN |  | MANZANILLO |

| CORRESPONSAL / AGENT | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. |  |  |  |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VO |
|---|---|---|---|---|
| MSCU7033300<br>MSCU9361340<br>MSCU9355257 | 5796 | MATERIA PRIMA | 65369.37 Kgs. | 215.780 |

OCEAN FREIGHT                                                       USD    11,051.00

                                                                    PARCIAL    USD   11,051.00
                                                                    I.V.A.     USD        0.00
                                                                    TOTAL      USD   11,051.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ**
INTERNATIONAL

2006-10-067

FAC 00010066

| EMBARCADOR / SHIPPER | FECHA / DATE | 09/10/2006 |
|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF Posición : IM09-0829-2006/01 | |
| | FACTURADO A / INVOICE TO: | |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | |
| | ETD / ETA: 18/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |
| NAVIERA / SSCO<br>MSC MEDITERRANEAN SH | BUQUE VEL VUELO FLT<br>MSC ELA/636A | BL / MAWB<br>MSCUCF855989 | FBL / HAWB:<br>EVCKOSZ06900102 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION:<br>MANZANILLO |
| CORRESPONSAL / AGENT<br>EVER-OK INT'L FORWARDING CO. LTD. - S/I | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
| MARCAS Y Nos. / MARKS<br>MSCU9599072<br>MSCU9442756<br>MSCU7507263 | BULTOS / PCS<br>5066 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT<br>63756.40 Kgs. | VOLUMEN<br>217.350 |

OCEAN FREIGHT                                                                                    USD    11,151.00

                                                                                     PARCIAL    USD    11,151.00
                                                                                     I.V.A.    USD         0.00
                                                                                     TOTAL     USD    11,151.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

# KRONOZ
### INTERNACIONAL

2006-10-058

FAC 00010067

| EMBARCADOR / SHIPPER | FECHA / DATE | 09/10/2006 |
|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM09-0828-2006/01 | |
| | FACTURADO A / INVOICE TO | |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | |
| | ETD / ETA:<br>12/10/2006 | FLETE / FREIGHT TERMS<br>MARITIMO |
| NAVIERA / SSCO<br>MSC MEDITERRANEAN SH | BUQUE / VSL / VUELO / FLT<br>MSC TOMOKO/633 | B/L / MAWB<br>MSCUCF836393 | FBL / HAWB<br>EVOKOSZ06900068 |
| FACT COMERCIAL / COMERCIAL INV. | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION<br>MANZANILLO |
| CORRESPONSAL / AGENT<br>EVER-OK INT'L FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
| MARCAS Y NOS / MARKS<br>MSCU7499686<br>MSCU7822063<br>MSCU7854190 | BULTOS / PCS<br>5075 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT<br>63871.60 Kgs. | VOLUMEN / VOL<br>217.810 |

OCEAN FREIGHT                                                        USD    11,151.00

                                                          PARCIAL    USD    11,151.00
                                                          I.V.A.     USD         0.00
                                                          TOTAL      USD    11,151.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ**
INTERNATIONAL

FAC 00010119

2006-10-034

| EMBARCADOR / SHIPPER | FECHA / DATE | 11/10/2005 |
|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posición : IM09-0826-2006/01 | |
| | FACTURADO A / INVOICE TO | |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | |
| | ETD / ETA: 02/10/2006 | FLETE / FREIGHT TERMS<br>MARITIMO |

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | B/L / MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC PRAGUE/636A | MSCUCF748879 | EVOKOSZ06900028 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHIWAN | | MANZANILLO |

| CORRESPONSAL / AGENT | FACT. CORR. / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT | PEDIMENTO: |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y NOS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOL |
|---|---|---|---|---|
| TRIU9150220<br>MSCU8155330 | 3625 | MATERIA PRIMA | 45350.00 Kgs. | 145.120 |

OCEAN FREIGHT                                                                 USD      7,476.00

                                                                     PARCIAL      USD      7,476.00
                                                                     I.V.A.       USD          0.00
                                                                     TOTAL        USD      7,476.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

**KRONOZ INTERNATIONAL**

FAC 00010231

2006-9208

| | |
|---|---|
| EMBARCADOR / SHIPPER: | FECHA / DATE: 20/10/2006 |
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posición : IM09-0778-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| | ETD / ETA: 24/09/2006 | FLETE / FREIGHT TERMS: MARITIMO |

| NAVIERA / SSCO | BUQUE / VSL VUELO / FLT | B/L / MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC POH LIN/635 A | MSCUCF06900004 | EVOKOSZ06900004 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION: |
| | CHIWAN | | MANZANILLO |
| CORRESPONSAL / AGENT | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
| EVER-OK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN |
|---|---|---|---|---|
| MSCU8549890<br>MSCU7136818 | 4307 | MATERIA PRIMA | 47605.00 Kgs. | 146.100 |

OCEAN FREIGHT                                                              USD     7,476.00

PARCIAL     USD     7,476.00
I.V.A.      USD         0.00
TOTAL       USD     7,476.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010310

## KRONOZ
INTERNACIONAL

2006-11-036

| EMBARCADOR / SHIPPER: | FECHA / DATE: 30/10/2006 |
|---|---|
| HOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.:<br>Posición : IM10-0948-2006/01 |
| | FACTURADO A. / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA: 31/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA: SSCO<br>MSC MEDITERRANEAN SH | BUQUE/VSL/VUELO/FLT<br>MSC FABIENE/640A | BL / MAWB<br>MSCUCF556852 | FBL / HAWB<br>EVOKOSZ06A00019 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION:<br>MANZANILLO |
| CORRESPONSAL / AGENT<br>EVER-OK INT'L FORWARDING CO. LTD. - | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT. | PEDIMENTO |

| MARCAS Y Nos. / MARKS<br>MSCU7281740<br>MSCU9680630 | BULTOS / PCS<br>3628 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO /<br>GROSS WEIGHT<br>45350.00<br>Kgs. | VOLUMEN / V<br>145.120 |

OCEAN FREIGHT                                                                                   USD     7,376.00

                                                                          PARCIAL     USD     7,376.00
                                                                          I.V.A.      USD         0.00
                                                                          TOTAL       USD     7,376.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

# KRONOZ
INTERNATIONAL

FAC 00010311

2006-11037

| EMBARCADOR / SHIPPER: | FECHA / DATE: 30/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.:<br>Posición : IM10-0949-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE:<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 |

| ETD / ETA: | FLETE / FREIGHT TERMS: |
|---|---|
| 05/11/2006 | MARITIMO |

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT: | B/L / MAWB: | FBL / HAWB: |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC LORENA/S/I | MSCUCF972511 | EVOKOSZ06A00045 |

| FACT COMERCIAL / COMERCIAL INV: | ORIGEN / ORIGIN: | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: |
|---|---|---|---|
| | CHIWAN | | MANZANILLO |

| CORRESPONSAL / AGENT: | FACT CORR / FREIGHT INVOICE: | FLETE TERR / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. - | | | |

| MARCAS Y Nos. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN |
|---|---|---|---|---|
| GSTU7874934 | 1814 | MATERIA PRIMA | 22675.00 Kgs. | 72.560 |

OCEAN FREIGHT                                                              USD    3,751.00

                                                         PARCIAL    USD    3,751.00
                                                         I.V.A.     USD        0.00
                                                         TOTAL      USD    3,751.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND SEVEN HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

3C6-11C42

FAC 00010312

# KRONOZ
INTERNACIONAL

| EMBARCADOR / SHIPPER: | FECHA / DATE: 30/10/2006 |
| --- | --- |
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posición : IM10-0951-2006/01<br>FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE:<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA: 08/11/2006 | FLETE / FREIGHT TERMS: MARITIMO |
| --- | --- |

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT | B.L. / MAWB: | FBL / HAWB: |
| --- | --- | --- | --- |
| MSC MEDITERRANEAN SH | MSC CLAUDIA/642 | MSCUCF993723 | EVOKOSZ06A00084 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION:<br>MANZANILLO |
| --- | --- | --- | --- |

| CORRESPONSAL / AGENT:<br>EVER-OK INT'L FORWARDING CO. LTD. - | FACT CORR / FREIGHT INVOICE: | FLETE TERR / INLAND FREIGHT: | PEDIMENTO: |
| --- | --- | --- | --- |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / V |
| --- | --- | --- | --- | --- |
| MSCU4060025<br>MSCU7054561<br>MSCU8580745 | 6764 | MATERIA PRIMA | 71131.32 Kgs. | 198.870 |

OCEAN FREIGHT                                                                                   USD    10,826.00

                                                                             PARCIAL    USD    10,826.00
                                                                             I.V.A.     USD         0.00
                                                                             TOTAL      USD    10,826.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(TEN THOUSAND EIGHT HUNDRED TWENTY SIX US DOLLARS WITH 00/100)

2006-10433         FAC 00010324

31/10/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA                    Posición : IM10-0876-2006/01
GUANGDONG


                                                CUSTOM SOFT S.A. DE C.V.
                                                REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                        S/I
REFORMA 1700 COL LADRON DE GUEVARA              GUADALAJARA CP 44650
GUADALAJARA CP 44650                            R.F.C. CSO040312CD1

                                                26/10/2006              MARITIMO

MSC MEDITERRANEAN SH    MSC ORNELA/639A         MSCUCF886430            EVOKOSZ06900161

                        CHIWAN                                          MANZANILLO

EVER-OK INT'L FORWARDING CO. LTD. - S/I

MSCU9356745             3628    MATERIA PRIMA                                    72.560
MSCU9428803                                                             22675.00
                                                                        Kgs.


    OCEAN FREIGHT                                                  USD    7,476.00


                                                        PARCIAL    USD    7,476.00
                                                        I.V.A.     USD        0.00
                                                        TOTAL      USD    7,476.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010397

09/11/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA           Posición : IM11-0995-2006/01
GUANGDONG

                                                CUSTOM SOFT S.A. DE C.V.
                                                REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                        GUADALAJARA CP 44650
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650                            R.F.C. CS0040312CD1

                                                22/11/2006                    MARITIMO

MONTEMAR MARITIMA, S     MSC LUDOVICA/643       MSCUHW113586                  EVOKOSZ06A000111

                         CHIWAN                                               MANZANILLO


TGHU8694498              3700     FUNDAS DE PLASTICO                                     141.500
TRLU7145765                                                                  44881.00
                                                                             Kgs.


OCEAN FREIGHT                                                         USD              7,376.00


                                                       PARCIAL       USD               7,376.00
                                                       I.V.A.        USD                   0.00
                                                       TOTAL         USD               7,376.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010554

06/12/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA                    Posicion : IM11-1032-2006/01
GUANGDONG

                                                         CUSTOM SOFT S.A. DE C.V.
                                                         REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                                 GUADALAJARA CP 44650
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650                                     R.F.C. CSO040312CD1

                                                         14/12/2006                    MARITIMO

                        MSC NOA/0654          MSCUHW163482              EVOKOSZ06B00062

                        CHIWAN                                          MANZANILLO

EVER-OK INT'L FORWARDING CO. LTD. - S/I

MSCU4083020          3000      MATERIA PRIMA                                   57.550
                                                                        26100.00
                                                                        Kgs.

      OCEAN FREIGHT                                                     USD    3,576.00


                                                         PARCIAL    USD    3,576.00
                                                         I.V.A.     USD        0.00
                                                         TOTAL      USD    3,576.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND FIVE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)