UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KAPLAN

-----------------------------------------------------X

KRONOZ INTERNACIONAL, INC.,

07 CV 3079

        Plaintiff,

ECF CASE

        -against-

CUSTOM SOFT S.A. de C.V.,

        Defendant.

-----------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/17/07

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

WHEREAS, on April 17, 2007 Plaintiff filed a Verified Complaint herein for damages

amounting to **$101,971,** and praying for the issuance of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime

Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED that Process of Maritime Attachment and Garnishment shall issue against all

tangible or intangible property belonging to, claimed by or being held for the Defendant by any

garnishees within this District including, but not limited to, ABN Amro,  Bank of America,

American Express Bank, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA

Bank, J.P. Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank, N.A. in an amount

MICROFILM   APR 17 2007 ~3:00 PM.

up to and including **$101,971**, pursuant to Rule B of the Supplemental Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property attached or garnished

pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at

which Plaintiff shall be required to show cause why the attachment and garnishment should not

be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court, and it is further

ORDERED that following initial service by the United States Marshal or other

designated process server upon each garnishee, that supplemental service of the Process of

Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile

transmission to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective

continuous service throughout the day from the time of such service through the opening of the

garnishee's business the next business day, and it is further

ORDERED that pursuant to Federal Rule of Civil procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service of process by any other means, and it is further

ORDERED that a copy of this Order be attached to and served with said Process of

Maritime Attachment and Garnishment.

Dated: April 17, 2007

SO ORDERED:

U.S.D.J.