FedEx

Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 798240111052 | Reference | 283-03 | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| **Signed for by** | T.GUTIERREZ | Destination | GUADALAJARA CP MX | |
| **Ship date** | Aug 13, 2007 | Delivered to | Receptionist/Front Desk | Tracking a FedEx SmartPost Shipment? |
| **Delivery date** | Aug 14, 2007 11:07 AM | Service type | Priority Pak | Go to shipper login |
| | | Weight | 0.3 lbs. | |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 14, 2007 | 11:07 AM | **Delivered** | GUADALAJARA CP MX | |
| | 10:05 AM | On FedEx vehicle for delivery | GUADALAJARA MX | |
| | 9:34 AM | At local FedEx facility | GUADALAJARA MX | |
| | 9:01 AM | Int'l shipment release | GUADALAJARA MX | |
| | 9:00 AM | In transit | GUADALAJARA MX | Package available for clearance |
| | 8:26 AM | At dest sort facility | GUADALAJARA MX | |
| | 4:42 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:45 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 1:04 AM | Departed FedEx location | NEWARK, NJ | |
| Aug 13, 2007 | 7:51 PM | Left origin | NEW YORK, NY | |
| | 7:38 PM | Picked up | NEW YORK, NY | |
| | 5:06 PM | Package data transmitted to FedEx | | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your Name:**    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

# Chris Schierloh

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, August 14, 2007 12:14 PM
**To:** cms@caseybarnett.com
**Subject:** [SPAM] FedEx Shipment 798240111052 Delivered

---

This tracking update has been requested by:

Company Name: CASEY & BARNETT

Name:  Martin Casey

E-mail:  cms@caseybarnett.com

---

Our records indicate that the following shipment has been delivered:

```
Tracking number:
Reference:                          283-03
Ship (P/U) date:                    Aug 13, 2007
Delivery date:                      Aug 14, 2007 11:07 AM
Sign for by:                        T.GUTIERREZ
Delivered to:                       Receptionist/Front Desk
Service type:                       FedEx International Priority
Packaging type:                     FedEx Pak
Number of pieces:                   1
Weight:                             0.30 lb.

Shipper Information                 Recipient Information
MARTIN CASEY                        CUSTOM SOFT S.A. DE C.V.
CASEY   BARNETT                     REFORMA 1700
317 MADISON AVENUE                  COL LADRON DE GUEVARA
21ST FLOOR                          GUADALAJARA CP
NEW YORK                            MX
NY                                  44650
US
 0017
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:14 AM  CDT on 08/14/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1