AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

KRONOZ INTERNACIONAL, INC.,

## SUMMONS IN A CIVIL CASE

V.

CUSTOM SOFT S.A. de C.V.,

CASE NUMBER:    07 CIV.

# 07 CV 3079

## JUDGE KAPLAN

TO: (Name and address of defendant)

Custom Soft S.A. de C.V.
Reforma 1700 Col Ladron de Guevara
Guadalajara, CP 44650, Mexico

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin F. Casey
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    APR 1 7 2007

Case 1:07-cv-03079-LAK   Document 13   Filed 05/09/2007   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

     Plaintiff,

   -against-

CUSTOM SOFT S.A. de C.V.,

     Defendant.
-------------------------------------------------------X

07 CV 3079 (LAK)
ECF CASE

**PLAINTIFF'S FIRST AMENDED**
**VERIFIED COMPLAINT**

  Plaintiff, Kronoz Internacional, Inc. (hereinafter referred to as "Plaintiff"), by and through its attorneys, Casey & Barnett, LLC, as and for its Verified Complaint against the Defendant, Custom Soft S.A. de C.V., (hereinafter referred to as "Defendant"), alleges, upon information and belief, as follows:

  1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

  2.  At all times material to this action, Plaintiff, was, and still is, a foreign corporation duly organized and operating under the laws of Mexico, with an office and place of business located at Calle 18 No. 303 por 9, Fracc. Residencial Camara de Comercio Norte 97133 Merida, Yucatan, Mexico, and is engaged in the business of freight forwarding.

  3.  Upon information and belief, Defendant, was and still is a foreign business entity, organized and existing pursuant to the laws of Mexico with an office and place of business located at Reforma 1700 Col Ladron de Guevara, Guadalajara, CP 44650, and is an importer of goods for commercial sale.

Case 1:07-cv-03079-LAK   Document 13   Filed 05/03/2007   Page 2 of 4

## RELEVANT FACTS

4.     Defendant, Custom Soft S.A. de C.V., engaged the services of plaintiff, Kronoz Internacional, to provide transportation for numerous shipments of cargo from the port of Chiwan, China to Manzanillo, Mexico, pursuant to Kronoz House Waybills numbered EVOKOSZO6800092, EVOKOSZ06800094, EVOKOSZ06800159, EVOKOSZ06800154, EVOKOSZ06900102, EVOKOSZ06900068, EVOKOSZ06900028, EVOKOSZ06900004, EVOKOSZ06A00019, EVOKOSZ06A00045, EVOKOSZ06A00084, EVOKOSZ06900161, EVOKOSZ06A000111, and EVOKOSZ06B00062.

5.     The shipments of cargo, traveling under the above referenced waybills, were received into the care and custody of plaintiff and/or its agents at the aforementioned port of departure and duly transported to their intended port of destination.

6.     Plaintiff dispatched invoices to the defendant, demanding payment of shipping freight owed for the transportation services provided.  (Attached hereto as Exhibit 1 are copies of invoices sent to defendant.)

7.     Despite repeated demands, defendant failed to pay shipping freight that was, and remains, due and owing and has, thereby, caused plaintiff to sustain damages in the total amount of $101,971.

8.     By virtue of the foregoing, defendant has breached the contracts of carriage to which it voluntarily entered.

9.     The Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to *ABN Amro, American Express Bank, Bank*

*of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA, J.P. Morgan Chase, Standard Chartered Bank,* and/or *Wachovia Bank N.A.,* which are believed to be due and owing to the Defendant.

      10.     The Plaintiff seeks an Order from this Court directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for certain Admiralty and Maritime claims, attaching *inter alia,* any assets of the defendant held by the aforesaid garnishees for the purpose of obtaining personal jurisdiction over the Defendant and to secure Plaintiff's claim as described above.

**WHEREFORE,** Plaintiff prays:

      A.     That process in due form of law issue against Defendant, citing it to appear and answer under oath all and singular matters alleged in the Complaint;

      B.     That since the defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of the Court to issue Process of Maritime Attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any garnishee including, but not limited to, *ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA, J.P. Morgan Chase, Standard Chartered Bank,* and/or *Wachovia Bank N.A.,* which are due and owing to the Defendant, in the amount of $101,971 calculated to date to secure the plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.      An Order recognizing and enforcing any final judgment rendered by a Mexican Court in Plaintiff's favor for the monies owed and the claims herein;

D.      That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

E.      That Plaintiff has such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 2, 2007
       283-03

                                    The Plaintiff,
                                    Kronoz Internacional, Inc.

                            By: _____
                                    Christopher M. Schierloh (CS-6644)
                                    CASEY & BARNETT, LLC
                                    317 Madison Avenue, 21st Floor
                                    New York, New York 10017
                                    Tel:  212-286-0225
                                    Fax: 212-286-0261
                                    cms@caseybarnett.com

EXHIBIT 1

2006-9098

FAC 00009805

# KRONOZ

| EMBARCADOR / SHIPPER | FECHA / DATE | 30/08/2006 |
|---|---|---|

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA
GUANGDONG

REF
Posición : IM08-0719-2006/01

FACTURADO A / INVOICE TO

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
S/I
GUADALAJARA CP 44650
R.F.C. CSO040312CD1

CONSIGNATARIO / CONSIGNEE
CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650

| ETD / ETA 08/09/2006 | FLETE / FREIGHT TERMS MARITIMO |
|---|---|

| VSL / BUQUE: MEDITERRANEAN SE | BUQUE/VSL - VUELO/FLT MSC DEBRA/633A | BL / MAWB HSCDCF673622 | FBL / HAWB EVOKOSZ06800092 |
|---|---|---|---|

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN CHINA | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION MANZANILLO |
|---|---|---|---|

| AGENTE / FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|

| MARCAS / MARKS MSCU8477803 MSCU7255890 | BULTOS / PCS 4440 | CONTENIDO / CONTENT FUNDAS DE PLASTICO | PESO BRUTO / GROSS WEIGHT 48233.01 Kgs. | VOLUMEN / VO 144.520 |
|---|---|---|---|---|

OCEAN FREIGHT

USD    7,476.00

la pago 28-Noviembre Lc $ 3167.25
LMA
P-2456

| | PARCIAL | USD | 7,476.00 |
|---|---|---|---|
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 7,476.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street Suite-53 Mc Allen, Tx.



**KRONOZ**
INTERNACIONAL

FAC 00009306

| EMBARCADOR / SHIPPER | | FECHA / DATE 30/08/2006 | |
|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED FM 1810 - 1811 BUILDING TO FULI PLAZA GUANGDONG | | REF Posición : IM08-0718-2006/01 | |

FACTURADO A / INVOICE TO.

| CONSIGNATARIO / CONSIGNEE CUSTOM SOFT S.A DE C.V. REFORMA 1700 COL LADRON DE GUEVARA GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V. REFORMA 1700 COL LADRON DE GUEVARA S/I GUADALAJARA CP 44650 R.F.C. CS0040312CD1 |

| | ETD / ETA 08/09/2006 | FLETE / FREIGHT TERMS MARITIMO |
|---|---|---|
| NAV / VESS MSC MEDITERRANEAN SH | BUQUE / VSL / VUELO / FLT MSC DEBRA/632A | B.L / MAWB: MSCUCF673739 | FBL / HAWB: EVOKOSZ06800094 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN CHINA | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION MANZANILLO |
| CORRESPONSAL / AGENT EVERFOR INT'L FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |

| MARCAS Y Nos / MARKS TRLU7006224 | BULTOS / PCS 65 | CONTENIDO / CONTENT MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT 1168.50 Kgs. | VOLUMEN / V 65.000 |
|---|---|---|---|---|

OCEAN FREIGHT                                                          USD      4,453.75

|  |  | PARCIAL | USD | 4,453.75 |
|---|---|---|---|---|
|  |  | I.V.A. | USD | 0.00 |
|  |  | TOTAL | USD | 4,453.75 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FOUR HUNDRED FIFTY THREE US DOLLARS WITH 75/100)

411 South 12th Street Suite-53 Mc Allen, Tx



**KRONOZ**
INTERNACIONAL

FAC 00010062

| EMBARCADOR: / SHIPPER | FECHA: DATE: 09/10/2006 |
|---|---|

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING 10 FULI PLAZA
GUANGDONG

REF
Posición : IM09-0751-2006/01

FACTURADO A: INVOICE TO:

| CONSIGNATARIO: CONSIGNEE | CUSTOM SOFT S.A. DE C.V. |
|---|---|

CUSTOM SOFT S.A. DE C.V.
REFORMA 1709 COL LADRON DE GUEVARA
GUADALAJARA CP 44650

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
S/I
GUADALAJARA CP 44650
R.F.C. CSO040312CD1

| ETD: ETA: 22/09/2006 | FLETE: / FREIGHT TERMS: MARITIMO |
|---|---|

| NAVIERA: / CO. | BUQUE / VSL / VUELO / FLT | BL / MAWB | FBL: / HAWB: |
|---|---|---|---|
| MSC MEDITERRANEAN SB | MSC LISA/0634 | MSCUCF712545 | EVCKOSZ06900159 |

| FACT COMERCIAL / COMERCIAL INV: | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE: | DESTINO: / DESTINATION: |
|---|---|---|---|
| | CETWAN | | MANZANILLO |

| CORRESPONSAL / AGENT | FACT. CORR: / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y NOS. / MARKS: | BULTOS. / PCS: | CONTENIDO: / CONTENT: | PESO BRUTO: / GROSS WEIGHT: | VOLUMEN: / VO |
|---|---|---|---|---|
| MSCU7641358 | 148 | MATERIA PRIMA | 3847.30 Kgs. | 57.300 |

OCEAN FREIGHT                                    USD    4.522.50

|  |  | PARCIAL | USD | 4,522.50 |
|---|---|---|---|---|
|  |  | I.V.A. | USD | 0.00 |
|  |  | TOTAL | USD | 4,522.50 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FIVE HUNDRED TWENTY TWO US DOLLARS WITH 50/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010064

**KRONOZ**
INTERNATIONAL

2006-9131

| EMBARCADOR / SHIPPER | FECHA. DATE: 09/10/2006 |
|---|---|

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA
GUANGDONG

REF.
Posición : IM09-0752-2006/01

FACTURADO AL INVOICE TO:

| CONSIGNATARIO CONSIGNEE | |
|---|---|

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
S/I
GUADALAJARA CP 44650
R.F.C. CSO040312CD1

| ETD. ETA: 22/09/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|

| NAVIERA ESCO | BUQUE VSL VUELO FLT | B/L MAWB | FSL/HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC LISA/634A | MSCUCF712511 | EVOKOSZ06800154 |

| FACT COMERCIAL COMERCIAL INV | ORIGEN ORIGIN CHIWAN | ADUANA CUSTOM HOUSE | DESTINO DESTINATION MANZANILLO |
|---|---|---|---|

| CORRESPONSAL AGENT | FACT COAR FREIGHT INVOICE | FLETE TERR INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|
| EVER-CK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y Nos MARKS | BULTOS PCS | CONTENIDO CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN VC |
|---|---|---|---|---|
| MSCU7033300<br>MSCU9361340<br>MSCU9355257 | 5796 | MATERIA PRIMA | 65369.37<br>Kgs. | 215.780 |

OCEAN FREIGHT                                                USD    11,051.00

|  |  |  |
|---|---|---|
| PARCIAL | USD | 11,051.00 |
| I.V.A. | USD | 0.00 |
| TOTAL | USD | 11,051.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street. Suite-53 Mc Allen, Tx.

2006-10-067

FAC 00010066

# KRONOZ
INTERNATIONAL

| EMBARCADOR (SHIPPER): | | FECHA / DATE 09/10/2006 | |
|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED RM 1810 - 1811 BUILDING TO FULI PLAZA GUANGDONG | | REF Posición : IM09-0829-2006/01 | |
| | | FACTURADO A / INVOICE TO: | |
| CONSIGNATARIO / CONSIGNEE: CUSTOM SOFT S.A. DE C.V. REFORMA 1700 COL LADRON DE GUEVARA GUADALAJARA CP 44650 | | CUSTOM SOFT S.A. DE C.V. REFORMA 1700 COL LADRON DE GUEVARA S/I GUADALAJARA CP 44650 R.F.C. CSO040312CD1 | |
| | | ETD / ETA: 18/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |
| NAVIERA / SSCO: MSC MEDITERRANEAN SH | BUQUE VEL VUELO FLT: MSC ELA/638A | B/L / MAWB: MSCUCFB55989 | FBL / HAWB: EVOKOSZ06900102 |
| FACT COMERCIAL COMERCIAL INV: | ORIGEN / ORIGIN CHIWAN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT EVER-OK INT'L FORWARDING | FACT CORR / FREIGHT INVOICE: CO. LTD. - S/I | FLETE TERP / INLAND FREIGHT: | PEDIMENTO |
| MARCAS Y Nos / MARKS MSCU9599072 MSCU9442756 MSCU7907263 | BULTOS PCS. 5066 | CONTENIDO CONTENT: MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT: 63756.40 Kgs. | VOLUMEN / V 217.350 |

OCEAN FREIGHT                                                             USD    11,151.00

| | | | |
|---|---|---|---|
| | PARCIAL | USD | 11,151.00 |
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 11,151.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street. Suite-53 Mc Allen, Tx.

FAC 00010119

## KRONOZ
INTERNATIONAL

2006-10-034

| EMBARCADOR / SHIPPER: | FECHA / DATE | 11/10/2005 |
|---|---|---|

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULL PLAZA
GUANGDONG

REF.
Posición : IM09-0826-2006/01

FACTURADO A / INVOICE TO

| CONSIGNATARIO / CONSIGNEE | |
|---|---|
| CUSTOM SOFT S.A. DE C.V. | CUSTOM SOFT S.A. DE C.V. |
| REFORMA 1700 COL LADRON DE GUEVARA | REFORMA 1700 COL LADRON DE GUEVARA |
| GUADALAJARA CP 44650 | S/I |
| | GUADALAJARA CP 44650 |
| | R.F.C. CSO040312CD1 |

| ETD / ETA | FLETE / FREIGHT TERMS |
|---|---|
| 02/10/2006 | MARITIMO |

| NAVIERA / SSCO | BUQUE / VSL VUELO / FLT | B/L MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC PRAGUE/636A | MSCUCF748879 | EVOKOSZ06900028 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHIWAN | | MANZANILLO |

| CORRESPONSAL / AGENT | FACT. CORR. / FREIGHT INVOICE | PLETE TERR. / INLAND FREIGHT. | PEDIMENTO: |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y NOS. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VO |
|---|---|---|---|---|
| TRIU9150220 | 3628 | MATERIA PRIMA | 45350.00 Kgs. | 145.120 |
| MSCU8155330 | | | | |

OCEAN FREIGHT                                                                 USD      7,476.00

| | PARCIAL | USD | 7,476.00 |
|---|---|---|---|
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 7,476.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010231

2006-9205

KRONOZ
INTERNATIONAL

| EMBARCADOR SHIPPER | | FECHA DATE 20/10/2006 | |
|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | | REF.<br>Posición : IMO9-0778-2006/01 | |
| | | FACTURADO A INVOICE TO: | |
| CONSIGNATARIO CONSIGNEE | | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | | |
| | | ETD ETA<br>24/09/2006 | FLETE FREIGHT TERMS:<br>MARITIMO |
| NAVIERA SSCO<br>MSC MEDITERRANEAN SH | BUQUE VSL VUELO FLT<br>MSC POH LIN/635 A | BL MAWB<br>MSCUCP06900004 | FBL HAWB:<br>EVOKOSZ06900004 |
| FACT COMERCIAL COMERCIAL INV | ORIGEN ORIGIN<br>CHIWAN | ADUANA CUSTOM HOUSE | DESTINO DESTINATION:<br>MANZANILLO |
| CORRESPONSAL AGENT.<br>EVER-OK INT'L FORWARDING CO. LTD. | FACT CORR FREIGHT INVOICE: | FLETE TERR INLAND FREIGHT | PEDIMENTO. |
| MARCAS Y NUM MARKS:<br>MSCU5549890<br>MSCU7136818 | BULTOS: PCS<br>4307 | CONTENIDO CONTENT:<br>MATERIA PRIMA | PESO BRUTO<br>GROSS WEIGHT<br>47605.00<br>Kgs. | VOLUMEN<br>146.100 |

OCEAN FREIGHT                                                        USD      7,476.00


                                                       PARCIAL      USD      7,476.00
                                                       I.V.A.       USD          0.00
                                                       TOTAL        USD      7,476.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010310

## KRONOZ
INTERNACIONAL

2006-11-036

| EMBARCADOR. / SHIPPER: | | FECHA  DATE: 30/10/2006 | | |
|---|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | | REF.:<br>    Posición : IM10-0948-2006/01 | | |
| | | FACTURADO A: / INVOICE TO: | | |
| CONSIGNATARIO  CONSIGNEE<br>    CUSTOM SOFT S.A. DE C.V.<br>    REFORMA 1700 COL LADRON DE GUEVARA<br>    GUADALAJARA CP 44650 | | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 | | |
| | | ETD: / ETA:<br>31/10/2006 | | FLETE: / FREIGHT TERMS<br>MARITIMO |
| NAVIERA  SSCO<br>MSC MEDITERRANEAN SH | BUQUE: / VSL / VUELO. FLT<br>MSC FABIENE/640A | BL: / MAWB<br>MSCUCF955652 | | FBL: / HAWB:<br>EVOKOSZ06A00019 |
| FACT COMERCIAL  COMERCIAL INV. | ORIGEN  / ORIGIN<br>CHINA | ADUANA / CUSTOM HOUSE: | | DESTINO: / DESTINATION:<br>MANZANILLO |
| CORRESPONSAL  AGENT:<br>EVER-OK INT'L FORWARDING CO. LTD. – | FACT CORR . / FREIGHT INVOICE | FLETE TERR: . INLAND FREIGHT. | | PEDIMENTO |
| MARCAS Y NOS. / MARKS<br>MSCU7281740<br>MSCU9680630 | BULTOS: / PCS:<br>3628 | CONTENIDO / CONTENT:<br>MATERIA PRIMA | PESO BRUTO: /<br>GROSS WEIGHT:<br>45350.00<br>Kgs. | VOLUMEN  V<br>145.120 |

OCEAN FREIGHT                                                                          USD      7,376.00

|  |  |  |
|---|---|---|
| PARCIAL | USD | 7,376.00 |
| I.V.A. | USD | 0.00 |
| TOTAL | USD | 7,376.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010311

2006-11037

# KRONOZ
INTERNATIONAL

| EMBARCADOR. SHIPPER: | | | FECHA   DATE: 30/10/2006 | | |
|---|---|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | | | REF.:<br>Posición : IM10-0949-2006/01 | | |
| | | | FACTURADO A: / INVOICE TO: | | |
| CONSIGNATARIO  CONSIGNEE: | | | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 | | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | | | | |
| | | | ETD / ETA:<br>05/11/2006 | | FLETE. / FREIGHT TERMS:<br>MARITIMO |
| NAVIERA . SSCO.<br>MSC MEDITERRANEAN SE | BUQUE / VSL. / VUELO / FLT.<br>MSC LORENA/S/I | | B/L  MAWB:<br>MSCUCF972511 | | FBL / HAWB:<br>EVOKOSZ06A00045 |
| FACT COMERCIAL: COMERCIAL INV.: | ORIGEN / ORIGEN:<br>CHIWAN | | ADUANA / CUSTOM HOUSE: | | DESTINO / DESTINATION:<br>MANZANILLO |
| CORRESPONSAL / AGENT.<br>EVER-OK INT'L FORWARDING CO. LTD. ~ | | FACT CORR  / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | | PEDIMENTO |
| MARCAS Y Nos. / MARKS<br>GSTU7874934 | BULTOS: PCS:<br>1814 | CONTENIDO / CONTENT<br>MATERIA PRIMA | | PESO BRUTO /<br>GROSS WEIGHT<br>22675.00<br>Kgs. | VOLUMEN /\<br>72.560 |

```
OCEAN FREIGHT                                              USD      3,751.00
                                                                       TK




                                                      PARCIAL    USD   3,751.00
                                                      I.V.A.     USD       0.00
                                                      TOTAL      USD   3,751.00

   SERVICIOS PRESTADOS EN EL EXTRANJERO
   (THREE THOUSAND SEVEN HUNDRED FIFTY ONE US DOLLARS WITH 00/100)
```

FAC 00010312

# KRONOZ
INTERNACIONAL

| EMBARCADOR / SHIPPER | | FECHA / DATE: 30/10/2006 | |
|---|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | | REF..<br>Posición : IM10-0951-2006/01 | |
| | | FACTURADO A / INVOICE TO: | |
| CONSIGNATARIO / CONSIGNEE: | | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I | |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | | GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 | |

| | | ETD. / ETA:<br>08/11/2006 | FLETE / FREIGHT TERMS:<br>MARITIMO |
|---|---|---|---|

| NAVIERA / SSCO<br>MSC MEDITERRANEAN SH | BUQUE / VSL / VUELO / FLT<br>MSC CLAUDIA/642 | B.L. / MAWB:<br>MSCUCF993723 | FBL / HAWB:<br>EVOKOSZ06A00084 |
|---|---|---|---|
| FACT COMERCIAL / COMERCIAL INV:<br> | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE:<br> | DESTINO / DESTINATION.<br>MANZANILLO |
| CORRESPONSAL / AGENT:<br>EVER-OK INT'L FORWARDING CO. LTD. - | FACT CORR / FREIGHT INVOICE:<br> | FLETE TERR / INLAND FREIGHT:<br> | PEDIMENTO:<br> |

| MARCAS Y Nos / MARKS: | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO /<br>GROSS WEIGHT: | VOLUMEN / V |
|---|---|---|---|---|
| MSCU4060025<br>MSCU7054561<br>MSCU8580745 | 6764 | MATERIA PRIMA | 71131.32<br>Kgs. | 198.870 |

OCEAN FREIGHT                                                      USD    10,826.00

|  | PARCIAL | USD | 10,826.00 |
|---|---|---|---|
|  | I.V.A. | USD | 0.00 |
|  | TOTAL | USD | 10,826.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(TEN THOUSAND EIGHT HUNDRED TWENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen. Tx.

2006-10433                          FAC 00010324

31/10/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA          Posición : IM10-0875-2006/01
GUANGDONG


                                        CUSTOM SOFT S.A. DE C.V.
                                        REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                 S/I
REFORMA 1700 COL LADRON DE GUEVARA       GUADALAJARA CP 44650
GUADALAJARA CP 44650                     R.F.C. CSO040312CD1


                                        26/10/2006              MARITIMO

MSC MEDITERRANEAN SH      MSC ORNELA/639A    MSCUCF886430       EVOKOSZ06900161

                          CHIWAN                               MANZANILLO


EVER-OK INT'L FORWARDING CO. LTD. - S/I


MSCU9356745               3628    MATERIA PRIMA                           72.560
MSCU9428803                                          22675.00
                                                     Kgs.


     OCEAN FREIGHT                                        USD      7,476.00



                                        PARCIAL       USD      7,476.00
                                        I.V.A.        USD          0.00
                                        TOTAL         USD      7,476.00
     SERVICIOS PRESTADOS EN EL EXTRANJERO
     (SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010397

09/11/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA
GUANGDONG

Posición : IM11-0995-2006/01

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650

R.F.C. CSO040312CD1

22/11/2006                          MARITIMO

MONTEMAR MARITIMA, S      MSC LUDOVICA/643       MSCUHW113586        EVOKOSZ06A000111

CETMAN                                                                MANZANILLO

TEHU8694498             3700     FUNDAS DE PLASTICO                              141.500
TRLU7145765                                                   44881.00
                                                             Kgs.

   OCEAN FREIGHT                                                 USD      7,376.00

                                                   PARCIAL      USD      7,376.00
                                                   I.V.A.       USD          0.00
                                                   TOTAL        USD      7,376.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010554

06/12/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULL PLAZA                    Posición : IM11-1032-2006/01
GUANGDONG


                                                          CUSTOM SOFT S.A. DE C.V.
                                                          REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                                  GUADALAJARA CP 44650
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650                                      R.F.C. CSO040312CD1

                                                          14/12/2006                    MARITIMO

                        MSC NOA/0654         MSCUEW163482                   EVOKOS206B00062

                        CHIWAN                                             MANZANILLO

EVER-OK INT'L FORWARDING CO. LTD. - S/I

MSCU4083020              3000    MATERIA PRIMA                                      57.550
                                                          26100.00
                                                          Kgs.


   OCEAN FREIGHT                                                          USD    3,576.00


                                                          PARCIAL       USD    3,576.00
                                                          I.V.A.        USD        0.00
                                                          TOTAL         USD    3,576.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND FIVE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)