UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

        Plaintiff,

    -against-

CUSTOM SOFT S.A. de C.V.,

        Defendant.
------------------------------------------------------X

JUDGE KAPLAN

07 CV 3079

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/07

### EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

WHEREAS, on April 17, 2007 Plaintiff filed a Verified Complaint herein for damages amounting to **$101,971,** and praying for the issuance of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District including, but not limited to, ABN Amro, Bank of America, American Express Bank, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank, N.A. in an amount

up to and including **$101,971**, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court, and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day, and it is further

ORDERED that pursuant to Federal Rule of Civil procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service of process by any other means, and it is further

ORDERED that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: April 17, 2007

SO ORDERED:

_[signature]_
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _[signature]_
DEPUTY CLERK

**JUDGE KAPLAN**

**07 CV 3079**

To the Marshal of the Southern District of New York or designated process server– Greetings:

WHEREAS a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 17th day of April 2007, by Plaintiff, KRONOZ INTERNACIONAL, INC., against Defendant, CUSTOM SOFT S.A. de C.V., in a certain action for breach of contract, wherein it is alleged that there is due and owing the said Plaintiff monies amounting to **$101,971** for unpaid freight and praying for process of Maritime Attachment and Garnishment against the said Defendant,

YOU ARE HEREBY COMMANDED to attach credits, funds, and effects to the amount sued for, in the hands of:

*ABN Amro, Bank of America, American Express Bank, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA, J.P. Morgan Chase, Standard Chartered Bank and Wachovia Bank, N.A.*

To wit: funds, including those in the form of electronic fund transfers, identified as:

a) accounts in the name of **CUSTOM SOFT S.A. de C.V.**

b) electronic funds transfers listing **CUSTOM SOFT S.A. de C.V.** as a beneficiary of the funds transfer, or

c) electronic funds transfers showing **CUSTOM SOFT S.A. de C.V.** as the remitting party or ordering customer.

And to detain same in your custody until further Order of the Court, and to give due notice to all persons claiming the same or having anything to say as to why this process for maritime attachment should not issue, and

that you promptly after execution of this process, file the same in this Court with your return thereon.

DATED this 17 day of April 2007.

J. Michael McMahon
Clerk

By: _____
Deputy Clerk

CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
212-286-0225
Attorneys for Plaintiff

Note: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil procedure.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLE
BY _____
DEPUTY CLERK