**FedEx**

Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 798240111052 | **Reference** | 283-03 | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| **Signed for by** | T.GUTIERREZ | **Destination** | GUADALAJARA CP MX | |
| **Ship date** | Aug 13, 2007 | **Delivered to** | Receptionist/Front Desk | |
| **Delivery date** | Aug 14, 2007 11:07 AM | **Service type** | Priority Pak | Tracking a FedEx SmartPost Shipment? |
| | | **Weight** | 0.3 lbs. | Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 14, 2007 | 11:07 AM | Delivered | GUADALAJARA CP MX | |
| | 10:05 AM | On FedEx vehicle for delivery | GUADALAJARA MX | |
| | 9:34 AM | At local FedEx facility | GUADALAJARA MX | |
| | 9:01 AM | Int'l shipment release | GUADALAJARA MX | |
| | 9:00 AM | In transit | GUADALAJARA MX | Package available for clearance |
| | 8:26 AM | At dest sort facility | GUADALAJARA MX | |
| | 4:42 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:45 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 1:04 AM | Departed FedEx location | NEWARK, NJ | |
| Aug 13, 2007 | 7:51 PM | Left origin | NEW YORK, NY | |
| | 7:38 PM | Picked up | NEW YORK, NY | |
| | 5:06 PM | Package data transmitted to FedEx | | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name:                    Your E-mail Address:

E-mail address    Language    Exception updates    Delivery updates
                 English                              ☐
                 English                              ☐
                 English                              ☐
                 English                              ☐

Select format:  ⦿ HTML  ○ Text  ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=us&...    10/21/2007