Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, new York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.

         07 Civ. 3079 (LAK)

   Plaintiff,

         **STATEMENT OF DAMAGES**

  - against -

CUSTOM SOFT S.A. de C.V.,

   Defendant.
-----------------------------------------------------------X

**Principal amount sued for (as per attached invoices)**............................$101,971


**Total Damages**...................................................................................$101,971



**KRONOZ**

FAC 00009805

| EMBARCADOR / SHIPPER | FECHA / DATE | 30/08/2006 |
|---|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF Posición : IM08-0719-2006/01 | |
| | FACTURADO A / INVOICE TO | |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 | |

| ETD / ETA | FLETE / FREIGHT TERMS |
|---|---|
| 08/09/2006 | MARITIMO |

| VIA | BUQUE / VESSEL | B/L MAWB | FBL HAWB |
|---|---|---|---|
| MEDITERRANEAN SH | MSC DEBRA/633A | MSCUCF673622 | EVOROSZ06800092 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHINA | | MANZANILLO |

| EMBARCADOR / FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|

| MARCAS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VO |
|---|---|---|---|---|
| MSCU8477803<br>MSCU7255690 | 4440 | FUNDAS DE PLASTICO | 48233.01 Kgs. | 144.520 |

OCEAN FREIGHT

USD 7,476.00

hr pag 28-Noviembre ce $ 3167.25
LMH
P-2750

| | | |
|---|---|---|
| PARCIAL | USD | 7,476.00 |
| I.V.A. | USD | 0.00 |
| TOTAL | USD | 7,476.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

## KRONOZ

| | |
|---|---|
| | FAC 00009806 |

| EMBARCADOR / SHIPPER | FECHA / DATE: 30/08/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición : IMC8-0718-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| NAV / VSSL | BUQUE / VSL / VUELO / FLT | B/L / MAWB | ETD / ETA 08/09/2006 | FLETE / FREIGHT TERMS MARITIMO |
|---|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC DEBRA/632A | MSCUCF673739 | | FBL / HAWB EVOKOSZ06800094 |

| FACT. COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN CHINA | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION MANZANILLO |
|---|---|---|---|
| CORRESPONSAL / AGENT<br>EVERPOR INT'L FORWARDING CO. LTD. | FACT. CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |

| MARCAS Y Nos / MARKS<br>TRLU7006224 | BULTOS / PCS<br>65 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT<br>1168.50 Kgs. | VOLUMEN<br>65.000 |
|---|---|---|---|---|

OCEAN FREIGHT                                                      USD    4,453.75

                                                  PARCIAL    USD    4,453.75
                                                  I.V.A.     USD        0.00
                                                  TOTAL      USD    4,453.75

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FOUR HUNDRED FIFTY THREE US DOLLARS WITH 75/100)



# KRONOZ
INTERNACIONAL

FAC 00010062

| EMBARCADOR / SHIPPER | FECHA / DATE: 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING 10 FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM09-0751-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | |

| ETD / ETA: 22/09/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA / SCO: MSC MEDITERRANEAN SH | BUQUE VSL / VUELO FLT: MSC LISA/0634 | BL MAWB: MSCUCF712545 | FBL / HAWB: EVOKOSZ06900159 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN: CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT: EVER-CR INT'L FORWARDING CO. LTD. | FACT. CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |

| MARCAS Y NOS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VO |
|---|---|---|---|---|
| MSCU7641358 | 148 | MATERIA PRIMA | 3847.30 Kgs. | 57.300 |

OCEAN FREIGHT                                                                     USD    4,522.50

                                                                         PARCIAL   USD    4,522.50
                                                                         I.V.A.    USD        0.00
                                                                         TOTAL     USD    4,522.50

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR THOUSAND FIVE HUNDRED TWENTY TWO US DOLLARS WITH 50/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ INTERNATIONAL**

FAC 00010064

2006-9131

| EMBARCADOR / SHIPPER | FECHA / DATE: 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1611 BUILDING TO FULI PLAZA<br>GUANGDONG | REF:<br>Posición : IM09-0752-2006/01 |
| | FACTURADO AL / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | |

| ETD / ETA: 22/09/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA / SSCO: MSC MEDITERRANEAN SH | BUQUE / VSL VUELO FLT: MSC LISA/634A | BL / MAWB: MSCUCF712511 | FBL / HAWB: EVOKOSZ06B00154 |
| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN: CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT: EVER-OK INT'L FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOL |
|---|---|---|---|---|
| MSCU7033300<br>MSCU9361340<br>MSCU9355257 | 5796 | MATERIA PRIMA | 65369.37 Kgs. | 215.780 |

OCEAN FREIGHT                                                              USD   11,051.00

                                                            PARCIAL   USD   11,051.00
                                                            I.V.A.    USD        0.00
                                                            TOTAL     USD   11,051.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

# KRONOZ
INTERNACIONAL

2006-10-067        FAC 00010066

| EMBARCADOR / SHIPPER: | FECHA / DATE: 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición: IM09-0829-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE:<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| | ETD / ETA: 18/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |

| NAVIERA / SSCO: | BUQUE / VEL / VUELO / FLT: | B/L / MAWB: | FBL / HAWB: |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC ELA/636A | MSCUCF855989 | EVCKOSZ06900102 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHIWAN | | MANZANILLO |

| CORRESPONSAL / AGENT | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|
| EVER-OK INT'L FORWARDING | CO. LTD. - S/I | | |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / V 217.350 |
|---|---|---|---|---|
| MSCU9599072<br>MSCU9442756<br>MSCU7907263 | 5066 | MATERIA PRIMA | 63756.40<br>Kgs. | |

OCEAN FREIGHT                                                                 USD    11,151.00

                                                                 PARCIAL    USD    11,151.00
                                                                 I.V.A.     USD         0.00
                                                                 TOTAL      USD    11,151.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

2006-10-058

FAC 00010067

# KRONOZ
INTERNATIONAL

| EMBARCADOR / SHIPPER | FECHA / DATE 09/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF<br>Posición : IM09-0828-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 |

| ETD / ETA: 12/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | B/L / MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC TOMOKO/633 | MSCUCF836393 | EVOKOSZ06900068 |

| FACT COMERCIAL / COMERCIAL INV. | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | CHIWAN | | MANZANILLO |

| CORRESPONSAL / AGENT | FACT. CORR. / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. | | | |

| MARCAS Y NOS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOL |
|---|---|---|---|---|
| MSCU7499686<br>MSCU7822063<br>MSCU7854190 | 5075 | MATERIA PRIMA | 63971.60 Kgs. | 217.810 |

OCEAN FREIGHT                                                                                USD    11,151.00

                                                                    PARCIAL        USD    11,151.00
                                                                    I.V.A.         USD         0.00
                                                                    TOTAL          USD    11,151.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ELEVEN THOUSAND HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010119

**KRONOZ**
INTERNATIONAL

2006-10-034

| EMBARCADOR / SHIPPER: | FECHA / DATE: 11/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posición : IM09-0826-2006/01 |
| | FACTURADO A / INVOICE TO |
| CONSIGNATARIO / CONSIGNEE | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |
| CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | |

| ETD / ETA: 02/10/2006 | FLETE / FREIGHT TERMS MARITIMO |
|---|---|
| NAVIERA / SSCO: MSC MEDITERRANEAN SH | BUQUE VSL. VUELO / FLT: MSC PRAGUE/636A | B.L. MAWB: MSCUCF748879 | FBL / HAWB: EVOKOSZ06900028 |
| FACT COMERCIAL / COMERCIAL INV: | ORIGEN / ORIGIN: CHIWAN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT: EVER-OK INT'L FORWARDING CO. LTD. | FACT. CORR. / FREIGHT INVOICE: | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |

| MARCAS Y Nos. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOL |
|---|---|---|---|---|
| TRIU9150220<br>MSCU8155330 | 3628 | MATERIA PRIMA | 45350.00 Kgs. | 145.120 |

| | | |
|---|---|---|
| OCEAN FREIGHT | USD | 7,476.00 |

| | | |
|---|---|---|
| PARCIAL | USD | 7,476.00 |
| I.V.A. | USD | 0.00 |
| TOTAL | USD | 7,476.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ**
INTERNACIONAL

2006-9205

FAC 00010231

| EMBARCADOR / SHIPPER: | FECHA / DATE: 20/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posicion : IM09-0778-2006/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CS0040312CD1 |

| ETD / ETA | FLETE / FREIGHT TERMS: |
|---|---|
| 24/09/2006 | MARITIMO |

| NAVIERA / SSCO<br>MSC MEDITERRANEAN SH | BUQUE / VSL VUELO / FLT<br>MSC POH LIN/635 A | BL / MAWB<br>MSCUCF06900004 | FBL / HAWB:<br>EVOKOSZ06900004 |
|---|---|---|---|
| FACT COMERCIAL / COMMERCIAL INV. | ORIGEN / ORIGIN<br>CHIWAN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION:<br>MANZANILLO |
| CORRESPONSAL / AGENT:<br>EVER-OK INT'L FORWARDING CO. LTD. | FACT CORR / FREIGHT INVOICE: | FLETE TERR / INLAND FREIGHT: | PEDIMENTO: |

| MARCAS Y NOS / MARKS:<br>MSCU8549890<br>MSCU7136618 | BULTOS / PCS:<br>4307 | CONTENIDO / CONTENT:<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT:<br>47605.00<br>Kgs. | VOLUMEN / V<br>146.100 |

OCEAN FREIGHT                                                              USD    7,476.00

                                                          PARCIAL    USD    7,476.00
                                                          I.V.A.     USD        0.00
                                                          TOTAL      USD    7,476.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010310

# KRONOZ
INTERNACIONAL

2006-11-036

| EMBARCADOR / SHIPPER: | FECHA / DATE: 30/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.:<br>Posicion : IM0-0948-2006/01 |
| | FACTURADO A: / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA: 31/10/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA / SSCO: MSC MEDITERRANEAN SH | BUQUE / VEL / VUELO / FLT: MSC FABIENE/640A | B/L / MAWB: MSCUCF955852 | FBL / HAWB: EVOKOSZ06A00019 |
| FACT COMERCIAL / COMERCIAL INV. | ORIGEN / ORIGIN: CHINA | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: MANZANILLO |
| RESPONSAL AGENT: EVER-OK INT'L FORWARDING CO. LTD. - | FACT CORR / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT. | PEDIMENTO |

| MARCAS Y NOS. / MARKS<br>MSCU7281740<br>MSCU9680630 | BULTOS / PCS<br>3628 | CONTENIDO / CONTENT<br>MATERIA PRIMA | PESO BRUTO / GROSS WEIGHT<br>45350.00 Kgs. | VOLUMEN<br>145.120 |

OCEAN FREIGHT                                                                 USD   7,376.00

                                                                     PARCIAL  USD   7,376.00
                                                                     I.V.A.   USD       0.00
                                                                     TOTAL    USD   7,376.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010311

**KRONOZ**
INTERNATIONAL

2006-11037

| EMBARCADOR / SHIPPER: | FECHA / DATE: 30/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.: Posición : IM10-0949-2006/01<br>FACTURADO A: / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE:<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA: 05/11/2006 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|
| NAVIERA / SSCO.: MSC MEDITERRANEAN SH | BUQUE / VSL - VUELO / FLT: MSC LORENA/S/I | B/L / MAWB: MSCUCF972511 | FBL / HAWB: EVOKOSZ06A00045 |
| FACT COMERCIAL / COMERCIAL INV: | ORIGEN / ORIGIN: CHIWAN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: MANZANILLO |
| CORRESPONSAL / AGENT: EVER-OK INT'L FORWARDING CO. LTD. - | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT: | PEDIMENTO: |

| MARCAS Y Nos / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN |
|---|---|---|---|---|
| GSTU7874934 | 1814 | MATERIA PRIMA | 22675.00 Kgs. | 72.560 |

| OCEAN FREIGHT | | USD | 3,751.00 |
|---|---|---|---|
| | PARCIAL | USD | 3,751.00 |
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 3,751.00 |

SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND SEVEN HUNDRED FIFTY ONE US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

FAC 00010312

# KRONOZ
INTERNACIONAL

| EMBARCADOR / SHIPPER | FECHA / DATE: 30/10/2006 |
|---|---|
| MOTEX INDUSTRIES CORP. LIMITED<br>RM 1810 - 1811 BUILDING TO FULI PLAZA<br>GUANGDONG | REF.<br>Posición : IM10-0951-2006/01<br>FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE:<br>CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>GUADALAJARA CP 44650 | CUSTOM SOFT S.A. DE C.V.<br>REFORMA 1700 COL LADRON DE GUEVARA<br>S/I<br>GUADALAJARA CP 44650<br>R.F.C. CSO040312CD1 |

| ETD / ETA: | FLETE / FREIGHT TERMS: |
|---|---|
| 08/11/2006 | MARITIMO |

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | BL / MAWB | FBL / HAWB |
|---|---|---|---|
| MSC MEDITERRANEAN SH | MSC CLAUDIA/642 | MSCUCF993723 | EVOKOS206A00084 |

| FACT COMERCIAL / COMERCIAL INV | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
|  | CHIWAN |  | MANZANILLO |

| CORRESPONSAL / AGENT | FACT CORR / FREIGHT INVOICE | FLETE TERR / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|
| EVER-OK INT'L FORWARDING CO. LTD. - |  |  |  |

| MARCAS Y NDE / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / V |
|---|---|---|---|---|
| MSCU4060025<br>MSCU7054561<br>MSCU8580745 | 6764 | MATERIA PRIMA | 71131.32<br>Kgs. | 198.870 |

OCEAN FREIGHT                                                              USD    10,826.00


                                                      PARCIAL      USD    10,826.00
                                                      I.V.A.       USD         0.00
                                                      TOTAL        USD    10,826.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(TEN THOUSAND EIGHT HUNDRED TWENTY SIX US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

2006-10433    FAC 00010324

31/10/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA    Posición : IM10-0876-2006/01
GUANGDONG

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.    S/I
REFORMA 1700 COL LADRON DE GUEVARA    GUADALAJARA CP 44650
GUADALAJARA CP 44650    R.F.C. CSO040312CD1

26/10/2006    MARITIMO

MSC MEDITERRANEAN SH    MSC ORNELA/639A    MSCUCF886430    EVOKOSZ06900161

CHIWAN    MANZANILLO

EVER-OK INT'L FORWARDING CO. LTD. - S/I

MSCU9356745        3628    MATERIA PRIMA                72.560
MSCU9428803                                            22675.00
                                                        Kgs.

OCEAN FREIGHT                                    USD    7,476.00

                                        PARCIAL    USD    7,476.00
                                        I.V.A.    USD        0.00
                                        TOTAL    USD    7,476.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010397

09/11/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA
GUANGDONG

Posición : IM11-0995-2006/01

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650

CUSTOM SOFT S.A. DE C.V.
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650

R.F.C. CSO040312CD1

22/11/2006                                MARITIMO

MONTEMAR MARITIMA, S    MSC LUDOVICA/643    MSCUHW113586         EVOXOSZ06A000111

                        CHIWAN                                   MANZANILLO

TEHU8694498         3700    FUNDAS DE PLASTICO                         141.500
TRLU7145765                                                     44881.00
                                                                Kgs.

OCEAN FREIGHT                                            USD    7,376.00

                                              PARCIAL    USD    7,376.00
                                              I.V.A.     USD        0.00
                                              TOTAL      USD    7,376.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(SEVEN THOUSAND THREE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)

FAC 00010554

06/12/2006

MOTEX INDUSTRIES CORP. LIMITED
RM 1810 - 1811 BUILDING TO FULI PLAZA         Posición : IM11-1032-2006/01
GUANGDONG

                                              CUSTOM SOFT S.A. DE C.V.
                                              REFORMA 1700 COL LADRON DE GUEVARA
CUSTOM SOFT S.A. DE C.V.                      GUADALAJARA CP 44650
REFORMA 1700 COL LADRON DE GUEVARA
GUADALAJARA CP 44650
GUADALAJARA CP 44650                          R.F.C. CSO040312CD1

                                              14/12/2006              MARITIMO

              MSC NOA/0654       MSCUHW163482              EVOROSZ06B00062

              CHIWAN                                       MANZANILLO

EVER-OX INT'L FORWARDING CO. LTD. - S/I

MSCU4083020        3000    MATERIA PRIMA                          57.550
                                                           26100.00
                                                           Kgs.


OCEAN FREIGHT                                              USD    3,576.00


                                              PARCIAL   USD    3,576.00
                                              I.V.A.    USD        0.00
                                              TOTAL     USD    3,576.00
SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND FIVE HUNDRED SEVENTY SIX US DOLLARS WITH 00/100)