UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KRONOZ INTERNACIONAL, INC.,

                Plaintiff,

-against-                                07 Civ. 3079 (LAK)

CUSTOM SOFT S.A. de C.V.,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment is granted. The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:       November 16, 2007

                                                        _____
                                                                  Lewis A. Kaplan
                                                          United States District Judge