UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

                Plaintiff,

-against-

CUSTOM SOFT S.A. de C.V.,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

07 CIVIL 3079 (LAK)

**JUDGMENT**

      Plaintiff having moved for a default judgment, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on November 16, 2007, having rendered its Order granting plaintiff's motion for a default judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 16, 2007, plaintiff's motion for a default judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          November 19, 2007

                                              **J. MICHAEL McMAHON**
                                                Clerk of Court

                      BY:
                                                  **Deputy Clerk**

                                       **THIS DOCUMENT WAS ENTERED
                                       ON THE DOCKET ON _____**