Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.

        Plaintiff,

    - against -

CUSTOM SOFT S.A. de C.V.,

        Defendants.
-----------------------------------------------------------X

07 Civ. 3079 (LAK)

**AMENDED ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

    This action having been commenced on April 17, 2007 by the filing of the Summons and Verified Complaint, and a copy of the Summons and Verified Complaint having been personally served on the foreign defendant, Custom Soft S.A. de C.V., on August 14, 2007 via Federal Express, receipt of which was acknowledged by receptionists T. Gutirrez at defendant's place of business, and proof of service having been filed on October 21, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and,

    ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against the defendant in the sum amount of $101,971 and that said amount, currently under restraint by Wachovia bank N.A. pursuant to a Rule B Order of Maritime Attachment obtained by plaintiff, be released to plaintiff's counsel, Casey & Barnett, LLC, in full satisfaction of this Judgment.

                                        _____
                                                 U.S.D.J.

                                                 1/16/08

This document was entered on the docket
on _____